IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EMPIRIAN HEALTH, LLC,            )<br>                                  )<br>     Plaintiff,                  )<br>                                  )<br>     v.                           )<br>                                  )<br>POLARIS PHARMACY SERVICES,   )<br>LLC,                              )<br>                                  )<br>     Defendant.                   ) | CIVIL ACTION NO.<br>2:23cv591-MHT<br>(WO) |

ORDER

The parties having requested orally and via email to court staff that this case be remanded to the state court because, given the citizenship of the members of the plaintiff and defendant limited liability companies, diversity jurisdiction cannot be established, and based on these representations of the parties, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Pursuant to 28 U.S.C. § 1447(c), this cause is remanded to the Circuit Court of Montgomery County, Alabama.

    **(2) All pending motions are denied as moot.**

    **The clerk of the court is DIRECTED to take appropriate steps to effect the remand.**

    **This case is closed in this court.**

    **DONE, this the 20th day of October, 2023.**

                                 <u>/s/ Myron H. Thompson</u>
                                 **UNITED STATES DISTRICT JUDGE**